UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AGNESS RUSSELL § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 4:13-CV-0826 |
| § | |
| GC SERVICES § | |
| § | |
| Defendant. § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed that all claims pending in this lawsuit have been settled. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within 60 days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** 60 days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the twenty-seventh day of May, 2014.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE