IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AGNES RUSSELL, | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:13-CV-00826 |
| v. | § | |
| GC SERVICES, LP | § | |
| Defendant. | § | JURY DEMAND |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and Rules of this Court, Plaintiff, AGNES RUSSELL, and Defendant, GC SERVICES, LP., stipulate, and the Court hereby orders, as follows:

1. AGNES RUSSELL is the only plaintiff; GC SERVICES, LP is the only named defendant in this matter.

2. Plaintiff, AGNES RUSSELL, no longer wishes to pursue any of her claims and no longer wishes to pursue this lawsuit; therefore, Plaintiff, AGNES RUSSELL, hereby withdraws all pending motions for relief, including but not limited to motion for summary judgment [Doc. No. 16] and motion to reinstate [Doc. No. 22], and requests the Court to moves to dismiss, with prejudice, all of her claims against all parties. Defendant, GC Services, LP, who was served and made an appearance in this lawsuit, agrees to a dismissal with prejudice of all of Plaintiff's claims against all parties.

3. This case is not a class action, and a receiver has not been appointed.

4.      This action is not governed by any statue of the United States that requires an order of the court for dismissal of this case.

5.      Plaintiff, AGNES RUSSELL, has not dismissed an action based on or including the same claim or claims as those presented in this suit.

6.      Plaintiff, AGNES RUSSELL, and Defendant, GC SERVICES, LP, respectfully request the Court to dismiss, with prejudice, this lawsuit, all parties, and all claims asserted against all parties in the above-captioned proceeding, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

7.      Both sides to bear their own fees and costs.

**Date: 8th August 2014**                         **Respectfully Submitted By,**

**KROHN & MOSS, LTD.**

By:  /s/ Ryan Lee
Ryan Lee
CA State Bar No. 235879
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-829-5083
rlee@consumerlawcenter.com
**COUNSEL FOR PLAINTIFF**
**AGNES RUSSELL**

**SPROTT NEWSOM LUNCEFORD QUATTLEBAUM & MESSENGER, PC**

By: */s/ Kandy E. Messenger*
KANDY E. MESSENGER
State Bar No. 24053360
Fed. ID. 638777
2211 Norfolk Suite 1150
Houston, Texas 77098
Tel: (713) 523-8338
Fax: (713) 523-9422
messenger@sprottnewsom.com
**ATTORNEY FOR DEFENDANT
GC SERVICES LIMITED PARTNERSHIP**